

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Maley Taylor and Teresa Bennett-Trammell, Appellants

No. 06-13-00060-CV     v.

Leo B. Smith, Jr. d/b/a Hardcore Construction, Sharon McCowan-Smith, Michael Mitchell and Ernestica Bernice Moss Suell a/k/a Tina Suell, Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 12-0508). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

     We further order that the appellants, Maley Taylor and Teresa Bennett-Trammell, pay all costs of this appeal.

RENDERED JULY 3, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk